1

2

3

4

5

6

7

8

9

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

10   JOSE LUIS HERRERA, et al.,                  )        1:10-cv-00271 AWI GSA
                                                )
11                   Plaintiffs,                 )        PRELIMINARY SCHEDULING
                                                )        AND DISCOVERY ORDER
12   vs.                                         )
                                                )
13                                              )
     MANUEL VILLA ENTERPRISES INC., et al.,     )
14                                              )
                     Defendants.                 )
15                                              )
     _____ )
16

17          This Court conducted a preliminary conference on May 25, 2010.  Counsel Stanley

18   Mallison telephonically appeared on behalf of Plaintiffs Jose Luis Herrera and Maria

19   Melgoza.  Benjamin Webster telephonically appeared on behalf of Defendant Manuel Villa

20   Enterprises, Inc, Manuel Villa and Bertha Villa.

21          After discussion with counsel, this Court SETS the following dates for class

22   certification only:

23          1.      A September 21, 2010 discovery cutoff for class certifiation.

24          2.      An October 5, 2010 deadline to file and serve moving papers on class

25                  certification;

26          3.      An October 19, 2010 deadline to file and serve opposition papers on class

27                  certification;

28          4.      A November 2, 2010 deadline to file and serve reply papers on class

1    certification; and

2    5.    A hearing on November 15, 2010 at 1:30 p.m. in Department 2 (AWI) on the

3    motion on class certification.

4    After resolution of class certification, a mandatory scheduling conference will be held

5    on December 8, 2010 at 9:30 a.m. in Department 10 (GSA) before Magistrate Gary S.

6    Austin.

7

8    IT IS SO ORDERED.

9    **Dated:    May 26, 2010**            **/s/ Gary S. Austin**

10                                                    UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28