IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS HERRERA, et al.,<br><br>        Plaintiff,<br><br>  v.<br><br>MANUEL VILLA ENTERPRISES INC, et al.,<br><br>        Defendants. | 1:10-CV-00271 AWI MJS<br><br>ORDER VACATING NOVEMBER 15, 2010 HEARING DATE REGARDING CLASS CERTIFICATION |

On May 26, 2010, the court, after a telephonic discussion with counsel, issued a preliminary scheduling and discovery order.   The court set the following deadlines for class certification only:

1. A September 21, 2010 discovery cutoff for class certification.
2. An October 5, 2010 deadline to file and serve moving papers on class certification;
3. An October 19, 2010 deadline to file and serve opposition papers on class certification;
4. A November 2, 2010 deadline to file and serve reply papers on class certification; and
5. A hearing on November 15, 2010 at 1:30 p.m. in Department 2 (AWI) on the motion on class certification.

No motion for class certification has been filed.   Therefore, IT IS HEREBY ORDERED that the previously set hearing date of November 15, 2010 is VACATED.

IT IS SO ORDERED.

Dated:   November 11, 2010

                                        CHIEF UNITED STATES DISTRICT JUDGE