1  BENJAMIN L. WEBSTER, Bar No. 132230
   BARBARA A. BLACKBURN, Bar No. 253731
2  LITTLER MENDELSON
   A Professional Corporation
3  2520 Venture Oaks Way, Suite 390
   Sacramento, CA  95833.4227
4  Telephone:     916.830.7200

5  Attorneys for Defendants
   MANUEL VILLA ENTERPRISES, INC. dba LA
6  PERLA TAPATIA, A CALIFORNIA
   CORPORATION, MANUEL VILLA, and
7  BERTHA VILLA

8

9  Stan S. Mallison, Bar No. 184191
   Hector R. Martinez, Bar No. 206336
10 Marco A. Palau, Bar No. 242340
   Jessica Juarez, Bar No. 269600
11 MALLISON & MARTINEZ
12 1939 Harrison Street, Suite 730
   Oakland, CA 94612
13 Telephone: 510.832.9999

14 Attorneys for Plaintiffs

15

16                    UNITED STATES DISTRICT COURT

17                    EASTERN DISTRICT OF CALIFORNIA

18 | JOSE LUIS HERRERA & MARIA | Case No.  1:10-CV-00271-AWI-MJS
19 | MELGOZA, on behalf of themselves and a
   | class of all non-exempt California "La | **STIPULATION AND REQUEST FOR AN**
20 | Perla Tapatia" employees, | **ORDER EXTENDING THE TIME FOR**
   |                                        | **PARTIES TO FILE NOTICE OF**
21 |          Plaintiffs, | **SETTLEMENT;  ORDER**

22      v.

23 MANUEL VILLA ENTERPRISES, INC.
   (dba "La Perla Tapatia"), a California
24 Corporation, MANUEL VILLA, and
   BERTHA VILLA
25
          Defendants.
26

27

28

FIRMWIDE:100595130.1 048934.1005                    Case No. 1:10-CV-00271-AWI-MJS
   STIPULATION AND ORDER EXTENDING THE TIME FOR PARTIES TO FILE NOTICE OF SETTLEMENT

Through their respective counsel of record, all of the parties to this case seek additional time to file a notice of settlement with the Court pursuant to Local Rule 160(b). The parties' counsel believe that good cause exists for the requested continuance. The parties have reached a resolution of this case in principle but, because this matter is a class action, finalizing the details of the settlement is taking longer than anticipated. The parties are diligently working to finalize the settlement terms and documents memorializing their agreement, and request an additional fourteen (14) days to file the notice of settlement with the Court. Counsel for the parties believe that the interests of justice and efficiency for everyone concerned would be served by an Order granting the requested continuance.

In connection with this requested extension, the parties are unclear as to what specific document(s) should be filed by the deadline (*e.g.* a notice that the parties have settled the matter, or a Motion for Preliminary Approval of Settlement).

FIRMWIDE:100595130.1 048934.1005          Case No. 1:10-CV-00271-AWI-MJS
STIPULATION AND ORDER EXTENDING THE TIME FOR PARTIES TO FILE NOTICE OF SETTLEMENT

LITTLER MENDELSON
A Professional Corporation
2520 Venture Oaks Way
Suite 390
Sacramento, CA  95833.4227
916.830.7200

For the foregoing reasons, the parties to this action hereby stipulate and request the following:

- That the Court issue an Order extending the time for the parties to file a notice of settlement by fourteen (14) days.

**IT IS SO STIPULATED.**

Dated: March ___, 2011

        */s/ Stan Mallison* (as authorized on ___/11)
        STAN MALLISON
        MALLISON & MARTINEZ
        Attorneys for Plaintiffs

Dated: March ___, 2011

        /s/ *Benjamin L. Webster*
        BENJAMIN L. WEBSTER
        LITTLER MENDELSON
        A Professional Corporation
        Attorneys for Defendant
        MANUEL VILLA ENTERPRISES, INC. dba
        LA PERLA TAPATIA, A CALIFORNIA
        CORPORATION, MANUEL VILLA, and
        BERTHA VILLA

**ORDER**.

For good cause shown and based upon the stipulation of the parties, the time to confirm settlement in this case is extended fourteen (14) days from the date of this Order. Inasmuch as it appears that settlement may be consummated only upon Court approval, a motion for preliminary

////

////

////

////

////

/////

LITTLER MENDELSON
A Professional Corporation
2520 Venture Oaks Way
Suite 390
Sacramento, CA  95833.4227
916.830.7200

FIRMWIDE:100595130.1 048934.1005        Case No. 1:10-CV-00271-AWI-MJS
STIPULATION AND ORDER EXTENDING THE TIME FOR PARTIES TO FILE NOTICE OF SETTLEMENT

1  approval of the settlement shall be filed with the Court within this fourteen day extended period
2  unless the time is further extended for good cause shown.
3
4
5
6  IT IS SO ORDERED.
7     Dated:   March 15, 2011              /s/ *Michael J. Seng*
8                                          UNITED STATES MAGISTRATE JUDGE
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LITTLER MENDELSON
A Professional Corporation
2520 Venture Oaks Way
Suite 390
Sacramento, CA 95833.4227
916.830.7200

FIRMWIDE:100595130.1 048934.1005        2.        Case No. 1:10-CV-00271-AWI-MJS

STIPULATION AND ORDER EXTENDING THE TIME FOR PARTIES TO FILE NOTICE OF SETTLEMENT