# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS HERRERA, et al. | CASE NO.   1:10-cv-271-AWI-MJS |
| Plaintiff, | LIMITED CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE |
| v. | |
| MANUEL VILLA ENTERPRISES, INC., et al., | |
| Defendants. / | |

In accordance with the provisions of Title 28 U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily consent to have a United States Magistrate Judge conduct all proceedings related to the Motion for Preliminary Approval of Settlement filed March 29, 2011, but not otherwise.  (ECF No. 32.)

_____     By: _____     _____
   Date              Signature                    Name of Party or Parties

_____     By: _____     _____
   Date              Signature                    Name of Party or Parties